FORM 3

COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

RECEIVED OCT 21 2015 PRO SE OFFICE

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Eric H. Richmond, Appellant

P. B. #7, LLC, Appellee

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

15-cv-04824-bmc
Docket No.

1. Notice is hereby given that __Eric Richmond, Appellant__ hereby appeals
(party)
to the United States Court of Appeals for the Second Circuit from the decision entered in this action on __09/21/2015__. (Describe it).
(date)

2. In the event that this form was not received in the Clerk's Office within the required time __Eric H. Richmond, Appellant__ respectfully requests the court to grant an extension of time in
(party)
accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or "good cause" (state reasons):
Tried to find attorney who was willing take case where judge threatened sanctions on prior attorney for responding to what U.S. Attorney filed as opposed to what th U.S. Attorney did not file.

a. In further support of this request, __N/A__ states that this
(party)
Court's decision was received on _____ and that this form was mailed to the
(date)
court on _____.
(date)

DATE: October 21, 2015

*[Signature]*

Signature
Eric Richmond, Appellant

Printed Name
Eric Richmond

Address

2107 Regent Place, Brooklyn, NY 11226

(646) 256 9613

Telephone No. (with area code)